01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
07                                        AT SEATTLE

08   UNITED STATES OF AMERICA,              )      CASE NO. CR01-319-JCC
                                            )
09              Plaintiff,                  )
                                            )
10         v.                               )      SUMMARY REPORT OF U.S.
                                            )      MAGISTRATE JUDGE AS TO
11   ROBERT LEROY FREDERICK RILEY,          )      ALLEGED VIOLATIONS
                                            )      OF SUPERVISED RELEASE
12              Defendant.                   )
     _____ )
13

14         An evidentiary hearing on supervised release revocation in this case was scheduled before

15   me on November 3, 2006.  The United States was represented by AUSA Bruce F. Miyaki and the

16   defendant by Paula S. Deutsch.  The proceedings were digitally recorded.

17         Defendant had been sentenced on or about May 3, 2002 by the Honorable John C.

18   Coughenour on charges of Possession of an Unregistered Destructive Device (two counts) and

19   Felon in Possession, and sentenced to 66 months custody, three years supervised release. (Dkt.

20   32).

21         The conditions of supervised release included the standard conditions plus the requirements

22   that defendant be prohibited from possessing a firearm, submit to mandatory drug testing,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 participate in substance abuse counseling and treatment, abstain from alcohol, submit to search,

02 participate in a mental health program, be prohibited from gambling, participate in Gamblers

03 Anonymous, provide access to financial information, not be self-employed or be employed by

04 friends or relatives, obtain approval for all employment and not be employed for cash, and not

05 possess any identification documents in any but his true name.

06      In an application dated July 14, 2006 (Dkt 35), U.S. Probation Officer Felix Calvillo, Jr.

07 alleged the following violation of the conditions of supervised release:

08      1.      Using methamphetamine on or before June 9, 2006, in violation of the general

09 condition of supervision and standard condition #7.

10      In an application dated September 25, 2006 (Dkt 41), U.S. Probation Officer Felix

11 Calvillo, Jr. alleged the following violation of the conditions of supervised release:

12      2.      Using methamphetamine on or about June 30, July 6, 10, 31, August 15, 24, 29,

13 2006, in violation of the general condition of supervised release and standard condition #7.

14      Defendant was advised in full as to those charges and as to his constitutional rights.

15      Defendant admitted the alleged violations and waived any evidentiary hearing as to

16 whether they occurred.

17      I therefore recommend the Court find defendant violated his supervised release as alleged,

18 and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

19 set before Judge Coughenour.

20 / / /

21 / / /

22 / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01        Pending a final determination by the Court, defendant has been released on the conditions

02 of supervision.

03        DATED this 6th day of November, 2006.

04                                          Mary Alice Theiler
05                                          United States Magistrate Judge

06

07 cc:    District Judge:        Honorable John C. Coughenour
          AUSA:                  Bryce F. Miyake
08        Defendant's attorney:  Paula S. Deutsch
          Probation officer:     Felix Calvillo, Jr.

09

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3