UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR01-319-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ROBERT LEROY FREDERICK RILEY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on June 23, 2008. The United States was represented by AUSA Mary Dimke and the defendant by Paula S. Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 3, 2002 by the Honorable John C. Coughenour on a charge of Possession of an Unregistered Destructive Device (2 counts) and Felon in Possession of a Firearm, and sentenced to 66 months custody, 3 years supervised release. (Dkt. 32.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, participate in mandatory drug testing,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, be prohibited from gambling, attend Gamblers Anonymous, provide financial information to his probation officer, not be self-employed or employed by friends or relative without the approval of his probation officer, obtain approval for all employment and not work for cash, and not possess any identification documents in any but his true identity.

On November 3, 2006, the defendant admitted violating the conditions of supervised release by using methamphetamine on a number of occasions. (Dkt. 51.) Defendant failed to appear at his disposition hearing and a warrant was issued. (Dkt. 54.) Defendant was sentenced to 8 months in custody and 24 months supervised release. He was ordered to pay restitution in the amount of $978.85 to Covington Veterinary Hospital. (Dkt. 60.)

On April 7, 2008, defendant's probation officer reported that defendant had violated the conditions of supervised release by using methamphetamine. Defendant was reprimanded, referred for professional assessment, placed in a structured testing program and an intensive outpatient program, and the frequency of testing was increased. (Dkt. 64.).

In an application dated May 29, 2008 (Dkt. 65), U.S. Probation Officer Michael S. Larsen alleged the following violation of the conditions of supervised release:

1. Using Methamphetamine on or about March 27, 2008, and May 18, 19 and 20, 2008, in violation of standard condition number 7.

On June 19, 2008, a Supplemental Violation report was issued (Dkt. 68), alleging the following additional violations:

2. Failing to report for drug testing on June 2, and 12, 2008, in violation of the special condition ordering him to report for drug testing as instructed by the probation officer.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01       3.      Using Methamphetamine on or about June 15, 16 and 17, 2008, in violation of
02 standard condition number 7.

03       Defendant was advised in full as to the charges and as to his constitutional rights.

04       Defendant admitted alleged violations 1 and 3 and waived any evidentiary hearing as to
05 whether they occurred. (Dkt. 69.) The government moved to dismiss alleged violation 2.

06       I therefore recommend the Court find defendant violated his supervised release as alleged
07 in violations 1 and 3, and that the Court conduct a hearing limited to the issue of disposition. I
08 recommend the Court dismiss alleged violation 2. The next hearing will be set before Judge
09 Coughenour.

10       Pending a final determination by the Court, defendant has been detained.

11       DATED this 24th day of June, 2008.

                                              Mary Alice Theiler
                                              United States Magistrate Judge

16 cc:    District Judge:          Honorable John C. Coughenour
          AUSA:                    Mary Dimke
          Defendant's attorney:    Paula S. Deutsch
17        Probation officer:       Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3