|     |     |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEROY FREDERICK RILEY,<br><br>Defendant. | NO. CR01-319-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 8, 2009. The United States was represented by Assistant United States Attorney Bruce Miyake, and the defendant by Paula S. Deutsch. The proceedings were digitally recorded.

The defendant had been charged and convicted of Possession of an Unregistered Destructive Device, in violation of 26 U.S.C. §§ 5841, 5861(d) and 587, and Felon in Possession of a Firearm, in violation of 18 U.S.C §. 922(g)(1). On or about May 3, 2002, defendant was sentenced by the Honorable John C. Coughenour to a term of sixty-six (66) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

programs, financial disclosure, abstain from alcohol, search, no gambling, attend gamblers anonymous, computer monitoring, no new credit, employment restrictions, and no ID in other than true name.

In a Petition for Warrant or Summons, dated October 20, 2008, U.S. Probation Officer Michael S. Larsen asserted th following violations by defendant of the conditions of his supervised release:

(1) Using marijuana on or about August 10, 2008, in violation of standard condition number 7.

(2) Using Methamphetamine on or about August 28, 2008, in violation of standard condition number 7.

(3) Failing to report for drug testing on or about October 15, and October 16, 2008, in violation of the special condition requiring him to report for drug testing as directed by the probation officer.

On June 3, 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On June 8, 2009, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on July 2, 2009 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of June, 2009.

James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc:   District Judge:        Honorable John C. Coughenour
      AUSA:                  Mr. Bruce Miyake
      Defendant's attorney:  Ms. Paula S. Deutsch
      Probation officer:     Mr. Michael S. Larsen